UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
June 2, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v.  ) <br> ) <br> TEAONA WILLIAM, ) <br> ) <br> Defendant. ) | Case No. 2:10-CR-0422-WBS <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>TEAONA WILLIAM</u>, Case No. <u>2:10-CR-0422-WBS</u>, Charge <u>Title 18 USC §§ 371; 1341</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    \_\_   Release on Personal Recognizance

    _X_   Bail Posted in the Sum of $ <u>25,000</u>

        _X_   Unsecured Appearance Bond

        \_\_   Appearance Bond with 10% Deposit

        \_\_   Appearance Bond with Surety

        \_\_   Corporate Surety Bail Bond

        _X_   (Other)   <u>with pretrial supervision and conditions of release as stated on the record.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>June 2, 2010</u> at <u>2:40</u> pm.

By _/s/ Dale A. Drozd_
Dale A. Drozd
United States Magistrate Judge