Robert M. Holley
Attorney at Law
State Bar No. 50769
331 J Street, Suite 200
Sacramento, California 95814
Telephone:  (916) 443-2213

Counsel for TEONA WILLIAMS


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | CRS 2:09-CR-0422 WBS |
| ) | |
| Plaintiff,  ) | STIPULATION AND [~~PROPOSED~~] |
| ) | ORDER CONTINUING STATUS |
| v.  ) | CONFERENCE/ENTRY OF PLEA |
| ) | |
| TEONA WILLIAMS,  ) | |
| ) | |
| Defendant.  ) | |
| _____ ) | |


**REASONS FOR REQUEST**

This matter came on regularly for hearing on May 16, 2011 with the parties presenting documents for the entry of a negotiated plea to an individualized superseding information charging a single violation of Title 18 U.S.C. Section 641, Theft of Government Property.  The information was filed along with a waiver of indictment signed by Ms. Williams, thus tolling the statute of limitations for that particular count.  During the proceedings which followed, the Court expressed some concerns regarding accepting Ms. Williams' guilty plea.  The matter was continued one week to **Monday, May 23, 2011 at 8:30 a.m.** for further proceedings.

The defense and the prosecution have met and conferred regarding the Court's concern about this tendered entry of plea. The parties have discussed the viability of gathering some additional evidence in connection therewith and making the appropriate changes in the plea documents with the object to address the Court's concerns. The process, however, is going to take some time as Ms. Hobler will be in trial before Judge England, on the case of U.S. v. Egiazarian, 2:08-CR-427 from May 31, 2011 to approximately June 29, 2011. The Court's next available date following that trial is **July 11, 2011 at 8:30 a.m.** Counsel for Ms. Williams also seeks the time to review the issues raised by the Court with his client. The parties jointly request that this matter be continued to that date and time for status/change of plea.

Ms. Williams has made all of her appearances both before the U.S. District Court and for the "Better Choices" program in the United States Magistrate's Court. In fact, she is presently the one and only completely successful candidate in that program. She is a single mother of two small children living in Sacramento County. She has been in constant contact with her counsel. This requested continuance will not prejudice either party and is hereby made with the intention of aiding the Court in this dispositional process.

The request is made that this continuance be completed by this writing without appearance as Ms. Williams has a medical procedure scheduled on the morning of June 23, 2011 for which rescheduling would be difficult.

**STIPULATION**

For the reasons set forth above, it is hereby stipulated by and between the parties hereto through their respective counsel that the

date presently scheduled for the next appearance in this case be continued from Monday, May 23, 2011 at 8:30 a.m. to **Monday, July 11, 2011 at 8:30 a.m.** status/entry of plea.

The parties further stipulate that all time included in this continuance be excluded under the Speedy Trial Act, pursuant to 18 U.S.C. Section 3161(h)(8)(B)(ii)(Local Codes T2 and T4) through February 8, 2011, on the ground that the case is unusual and complex within the meaning of the Speedy Trial Act, for defense preparation, and gathering of evidentiary material which may effect a possible entry of plea herein, all pursuant to 18 U.S.C. Section 3161(h)(8)(B)(ii) and (iv)(Local Codes T2 and T4).

**Dated: May 18, 2011**

> **/s/ Ms. Jean Hobler (by RMH)**
> **Assistant United States Attorney**
> **Counsel the United States**

> **/s/ Mr. Robert M. Holley, Esq.**
> **MR. ROBERT M. HOLLEY, Esq.**
> **Counsel for Ms. Williams**

### ORDER

**GOOD CAUSE APPEARING,** the above calendaring change with respect to the defendant's scheduled status conference/entry of plea, with the stipulated provisions for exclusion of time under the Federal Speedy Trial Act **IS SO ORDERED.** The Court finds the ends of justice outweigh the interests of the public and the defendant in a speedy trial. The Status Conference is continued from May 23, 2011 at 8:30 a.m. to **Monday, July 11, 2011 at 8:30 a.m.**

**Dated: May 19, 2011**

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE